UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov
### CHAPTER 13 PLAN (Individual Adjustment of Debts)

☑ __1st__ Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☐ _____ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: __SINGERMAN, DAVID__    DEBTOR: __SINGERMAN, TAMMY__    CASE NO.: __15-30297-EPK__
Last Four Digits of SS# __XXX-XX-8429__ Last Four Digits of SS# __XXX-XX-7646__

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for a period of __60__ months: In the event the Trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

A. $__318.56__ for months __1__ to __60__;
B. $_____ for months ____ to ____;
C. $_____ for months ____ to ____ in order to pay the following creditors:

Administrative:    Attorney's Fee $__1,500.00__ TOTAL PAID $__1,500.00__.
                   Balance Due   $_____ payable $_____ /month (Months ____ to ____)

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. § 1325 (a)(5)] Mortgages(s)/Liens on Real or Personal Property:

1._____
Address _____
Account No. _____
  Arrearage on Petition Date $_____
  Arrears Payment $_____ /month (Months ____ to ____)
  Regular Payment $_____ /month (Months ____ to ____)
  Arrears Payment $_____ /month (Months ____ to ____)

2._____
Address _____
Account No. _____
  Arrearage on Petition Date $_____
  Arrears Payment $_____ /month (Months ____ to ____)
  Regular Payment $_____ /month (Months ____ to ____)
  Arrears Payment $_____ /month (Months ____ to ____)

IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.

| Secured Creditor | Description and Value of Collateral | Interest Rate | Plan Payments | Months of Payments | Total Plan Payments |
|---|---|---|---|---|---|
|  |  |  |  |  |  |

Priority Creditors: [as defined in 11 U.S.C. §507]

1._____    Total Due $_____.
                Payable $_____ /month (Months ____ to ____) Regular Payment $_____

Unsecured Creditors: Pay $__289.60__ (Months __1__ to __60__) Pay $_____ (Months ____ to ____)

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.
Other Provisions Not Included Above:
Wells Fargo Home Mortgage (account no.: 9939) a first mortgage on their homestead property located at 15241 97 Dr., N., Jupiter, FL 33478 shall be treated outside the Plan. Debtors surrender real property located at 5212 Proctor Landing Rd., Acworth, GA 30101 secured by Ditech Financial LLC (account no.: 7578) First Mortgage, Bank of America (account no.: 7770) second mortgage and Proctor Landing Estates Homeowners Association. Fifth Third Bank (account no.: 7952; 2011 Hyundai Sonata) shall be treated outside the plan. The Debtors surrender their interest in the timeshare unit located at The Cottages - Spinnaker Resorts, Hilton Head, SC to Spinnaker Resorts (account no.: 3995) and Southwind Management Corp. (account no.: 2246). The Debtors shall provide copies of the yearly income tax return to the Trustee no later than May 15 during the pendency of the Chapter 13 case. In the event Debtor(s) income or tax refund increases, Debtors shall increase payments to unsecured creditors over and above payments provided for through the plan up to 100% of allowed unsecured claims.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

Debtor Date: 1/27/2016        Debtor Date: 11-25-2016

LF-31(rev. 01/08/10)